# Law Office of Jerald R. Cureton Inc.

2601 E. Oakland Park Blvd.
Suite 601
Fort Lauderdale, FL 33306-1602
609-923-0665
jcuretonlaw@gmail.com

April 2, 2020

***VIA ECF***
Honorable Roy K. Altman, U.S.D.J.
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 207A, Chambers 207B
Fort Lauderdale, Florida 33301

    **Re:  Outer Reef Yachts, Inc., et al. v. Mayhill, et al.**
          **Civil Action No.: 19-61539**

Dear Judge Altman:

    This office is counsel to the Plaintiffs in connection with the above-referenced matter. Pursuant to the November 05, 2019, Order entered by the Honorable Roy K. Altman, U.S.D.J. [Doc. 23], please consider this a report the status of Plaintiffs' efforts to serve the Complaint and Summons upon Defendant Don Marshall.

    1.  On June 20, 2019, Plaintiffs filed a Complaint in this matter. [Doc. 1.]

    2.  On July 1, 2019, the Summons regarding Mr. Marshall was issued. [Doc. 7.]

    3.  Mr. Marshall resides in Croatia and must be served pursuant to the Hague Convention. Said service must adhere to certain declarations under the Hague Convention that affect the method and manner of service, including that all documents served must be translated into the Croatian language and that the Ministry of Foreign and European Affairs for the Republic of Croatia is the entity responsible for service of judicial documents.

    4.  Filed copies of the Complaint and Summons were translated into the Croatian language.

    5.  Plaintiffs retained Guaranteed Subpoena Service to serve filed copies and translated copies of the Complaint and Summons upon Mr. Marshall. Plaintiffs have been advised by Guaranteed Subpoena Service that service in Croatia can take three to six months.

Outer Reef Yachts, Inc., et al. v. Mayhill, et al.
Civil Action No.: 19-61539
April 2, 2020
Page 2 of 3

      6.    On August 20, 2019, the English and translated Complaint and Summons were forwarded to the Ministry of Foreign and European Affairs of the Republic of Croatia on for service upon Mr. Marshall. See Wilson Affidavit dated September 17, 2019. [Doc. 13.]

      7.    On September 9, 2019, I received correspondence from Jason Kirschner, Esq., in which he indicated that he represents Mr. Marshall in the above-captioned matter. On September 18, 2019, I asked Mr. Kirschner if he would accept service of the Complaint and Summons on behalf of Mr. Marshall. Mr. Kirschner indicated he would contact his client, but to date he has not responded.

      8.    On November 18, 2019, I received a response from Guaranteed Subpoena Service in response to my request that service of process on Mr. Marshall be expedited. I was informed that such service could not be expedited.

      9.    On December 5, 2019, and January 3, 2020, February 3, 2020, and March 5, 2020, I wrote to the Court to report the status of Plaintiffs' efforts to serve the Complaint and Summons upon Defendant Don Marshall. [Docs. 24, 25, 26, and 29.]

      10.   On February 5, 2020, Guaranteed Subpoena Service notified us that Mr. Marshall had moved and had a new residence, also in Croatia.

      11.   On February 26, 2020, I filed a new Summons for Mr. Marshall at his new address. Utilizing the services of local counsel, I have caused filed copies and translated copies of the Complaint and new Summons to be delivered to the Ministry of Foreign and European Affairs for the Republic of Croatia, so that Mr. Marshall can be served with them in accordance with the Hague Convention.

      12.   As of April 2, 2020, we continue to wait for the Ministry of Foreign and European Affairs of the Republic of Croatia to serve Mr. Marshall with the Complaint and new Summons.

      I will update the Court when service is effected or within

Outer Reef Yachts, Inc., et al. v. Mayhill, et al.
Civil Action No.: 19-61539
April 2, 2020
Page 3 of 3

thirty days, whichever occurs first.

                                      Respectfully submitted,
                                      LAW OFFICE OF JERALD R. CURETON

                                      ***By:  /s/ Jerald R. Cureton***
                                      JERALD R. CURETON, ESQUIRE

cc:  All Counsel of Record (via ECF)